UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NATALIE KHAWAM,

        Plaintiff,

                              Case No. 8:16-cv-01358-MSS-TBM

v.

NCO FINANCIAL SYSTEMS, INC.,

        Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, EGS Financial Care, Inc. f/k/a NCO Financial Systems, Inc. (EGS), by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents.  Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: December 27, 2016

                                      Respectfully submitted,

                                      /s/ Rachel A. Morris
                                      Rachel A. Morris, Esq.
                                      Florida Bar No. 0091498
                                      Dayle M. Van Hoose, Esq.
                                      Florida Bar No. 0016277
                                      SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
                                      3350 Buschwood Park Drive, Suite 195
                                      Tampa, FL 33618
                                      Telephone: (813) 890-2469
                                      Facsimile: (866) 466-3140
                                      ramorris@sessions.legal

        dvanhoose@sessions.legal

        Attorneys for Defendant,
        EGS Financial Care, Inc.,
        f/k/a NCO Financial Systems, Inc.

## **CERTIFICATE OF SERVICE**

I certify that on this 27th day of December 2016, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

      William Peerce Howard, Esq.
      Amanda J. Allen, Esq.
    The Consumer Protection Firm, PLLC
      210 A South MacDill Avenue
        Tampa, FL 33609

        /s/ Rachel A. Morris
        Attorney