UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**NATALIE KHAWAM,**

    Plaintiff,

v.                                   Case No: 8:16-cv-1358-MSS-TBM

**NCO FINANCIAL SYSTEMS, INC.,**

    Defendant.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On December 27, 2016, Defendant filed a Notice of Pending Settlement, informing the Court that the above-captioned case was settled. (Dkt. 14) Therefore it is hereby

**ORDERED** that pursuant to Rule 3.08 (b) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **DISMISSED WITHOUT PREJUDICE**, subject to the right of the Parties, within sixty (60) calendar days from the date of this Order, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, **upon good cause shown**. After the sixty (60)-day period, the dismissal shall be with prejudice. Any pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 3rd day of January, 2017.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any pro se party